JUSTIN D. WHATCOTT, IDAHO STATE BAR NO. 6444
ACTING UNITED STATES ATTORNEY
ADAM M. JOHNSON, IDAHO STATE BAR NO. 11805
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE SUITE 210
COEUR D'ALENE, ID 83815
TELEPHONE: (208) 667-6568
FACSIMILE: (208) 667-0814

U.S. COURTS
SEP 16 2025
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JEFFREY PAUL WHITELEY, Defendant. | Case No. CR 25-0275-DCN **INDICTMENT** 18 U.S.C. § 2261A(1) 18 U.S.C. § 2261A(2) |

The Grand Jury charges:

**COUNT ONE**
**Interstate Stalking**
**18 U.S.C. § 2261A(1)**

From about February 2025, the exact date being unknown, until about August 2025, in the District of Idaho and elsewhere, the Defendant, JEFFREY PAUL WHITELEY, traveled in interstate commerce from Idaho to Washington with the intent to harass, intimidate, and place under surveillance with intent to harass and intimidate another person, and in the course of and as a result of such travel caused, attempted to cause, and would reasonably be expected to cause

**INDICTMENT - 1**

substantial emotional distress to the victim, in violation of Title 18, United States Code, Section 2261A(1).

**COUNT TWO**
**Interstate Stalking**
**18 U.S.C. § 2261A(2)**

From about February 2025, the exact date being unknown, until about August 2025, in the District of Idaho and elsewhere, the Defendant, JEFFREY PAUL WHITELEY, with the intent to harass, intimidate, and place under surveillance with intent to harass and intimidate another person, used facilities of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to the victim, in violation of Title 18, United States Code, Section 2261A(2).

Dated this 16th day of September, 2025.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

JUSTIN D. WHATCOTT
ACTING UNITED STATES ATTORNEY
By:

_____
ADAM M. JOHNSON
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT** - 2